RECEIVED
IN LAKE CHARLES, LA

OCT 2 7 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KELVIN MOSES** | * | **CIVIL ACTION NO. 2:15-CV-02264** |
| **D.O.C. # 600226** | * | |
| | * | |
| **v.** | * | **JUDGE MINALDI** |
| | * | |
| **JEFFREY JONES, et al.** | * | |
| | * | **MAGISTRATE JUDGE KAY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 8) of the Magistrate

Judge previously filed herein, after an independent review of the record, a *de novo* determination

of the issues, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's 28 U.S.C. § 1983 claims are **DENIED** and

**DISMISSED WITH PREJUDICE** as frivolous and for failing to state claim upon which relief

can be granted.

Lake Charles, Louisiana, this 26 day of Oct. , 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE